UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,

      Plaintiffs,

vs.

ACS Acclaim Construction Services, Inc.,

      Defendant.

Civil File No. 10-3566 (PAM/AJB)

**ORDER TO SHOW CAUSE**

The above matter came before this Court upon Plaintiffs' Motion for Default Judgment on February 10, 2011.  On February 10, 2011, this Court issued an Order requiring Defendant to produce within ten (10) days of the date of the Order the necessary documents to Plaintiffs to audit for the time period of January 2009 through the present.  Defendants have failed to comply with the Order dated February 10, 2011 and therefore are in contempt of Court.

**IT IS HEREBY ORDERED:**

Defendant ACS Acclaim Construction Services, Inc., or Mr. Thomas M. Wallick, as Defendant's representative, are hereby ordered to appear before this Court on Wednesday, May 11, 2011 at 9:45 a.m. at United States District Court, 734 Federal Building, 316 North Robert Street, St. Paul, MN 55110  to show cause, if any, why a contempt of court order should not be entered adjudging the business through its owner and representative in civil contempt of this Court for refusing to obey the Court's

February 10, 2011.  Defendant ACS Acclaim Construction Services, Inc. shall show cause as to why Defendant's representative, Thomas Michael Wallick, should not be committed to confinement until compliance with the Court's February 10, 2011 Order.

Failure to appear or respond will result in the issuance of a Bench Warrant.

BY THE COURT

Date:  April 28, 2011             s/Paul A. Magnuson
                                  Judge Paul A. Magnuson
                                  United States District Court