UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James E. Moore and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; James E. Moore as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,<br><br>          Plaintiffs,<br>vs.<br><br>ACS Acclaim Construction Services, Inc.,<br><br>          Defendant. | Civil File No. 10-3566 (PAM/AJB)<br><br>**AMENDED ORDER<br>TO SHOW CAUSE** |

The above matter came before this Court upon Plaintiffs' Motion for Default Judgment on February 10, 2011. On February 10, 2011, this Court issued an Order requiring Defendant to produce within ten (10) days of the date of the Order the necessary documents to Plaintiffs to audit for the time period of January 2009 through the present. Defendants have failed to comply with the Order dated February 10, 2011 and therefore are in contempt of Court.

**IT IS HEREBY ORDERED:**

Defendant ACS Acclaim Construction Services, Inc., or Mr. Thomas M. Wallick, as Defendant's representative, are hereby ordered to appear before this Court on **Thursday, June 16, 2011 at 9:15 a.m.** at United States District Court, Courtroom 7D, 316 North Robert Street, St. Paul, MN 55106, to show cause, if any, why a contempt of court order should not be entered adjudging the business through its owner and representative in civil contempt of this Court for refusing to obey the Court's February

10, 2011.  Defendant ACS Acclaim Construction Services, Inc.  shall show cause as to why Defendant's representative, Thomas Michael Wallick, should not be committed to confinement until compliance with the Court's February 10, 2011 Order.

Failure to appear or respond will result in the issuance of a Bench Warrant.

BY THE COURT

Date: May 11, 2011

s/Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court